02-11-494-CR









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-11-00494-CR

 

 


 
 
 Patricia Ann Thomas
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 The State of Texas
 
 
  
 
 
 STATE
 
 


 

 

----------

 

FROM Criminal
District Court No. 1 OF Tarrant COUNTY

----------

 

MEMORANDUM
OPINION[1]

----------

          Appellant
waived her constitutional and statutory rights, judicially confessed to
committing theft, and was convicted of that offense.  The trial court signed a
certification of appellant’s right to appeal, stating that this “is a
plea-bargained case and the defendant has NO right of appeal.”   See
Tex. R. App. P. 25.2(a)(2), (d).  Nonetheless, appellant filed a pro se notice
of appeal.  By letter, we notified appellant that unless she filed, before
November 21, 2011, a response showing grounds for continuing the appeal, the
appeal could be dismissed.  See Tex. R. App. P. 25.2(d), 44.3. 
Appellant filed a response in which she requested that we dismiss the appeal.  In
accordance with the trial court’s certification, we dismiss the appeal for want
of jurisdiction.  See Tex. R. App. P. 25.2(a), (d), 43.2(f); Chavez
v. State, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006).

 

                                                                             PER
CURIAM

 

 

PANEL: 
Livingston, C.J.; Dauphinot and Gardner, JJ.

 

DO
NOT PUBLISH

Tex.
R. App. P. 47.2(b)

 

DELIVERED:  February 2, 2012









[1]See Tex. R. App. P. 47.4.